No. 10-10948. Maurice Frazier, Petitioner v. United States.

565 U.S. 858, 132 S. Ct. 193, 181 L. Ed. 2d 100, 2011 U.S. LEXIS 6341.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 414 Fed. Appx. 782.